UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  4:24 CR 361 RWS |
| ) | |
| MONIQUE CAMPBELL, ) | |
| ) | |
| Defendant. ) | |

**STATEMENT OF THE GOVERNMENT
REGARDING PRESENTENCE REPORT**

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and John J. Ware, Assistant United States Attorney for said District, and pursuant to Paragraph 9 of the Administrative Order of this Court (January 20, 2017), states that the Government accepts and has no objection to the Presentence Report.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney


 /s/ John J. Ware
JOHN J. WARE, #40880MO
Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, Missouri 63l02
(314) 539-2200

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2024, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ John J. Ware
JOHN J. WARE, #40880MO
Assistant United States Attorney